**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6617**

---

DONALD CORNELIUS JACKSON,

                                        Plaintiff - Appellant,

        versus

MS. FARMER, Henrico County Medical
Administrator; MR. DENZLER, Henrico County
Mailroom Officer; MS. JOHNSON, Henrico County
Trusty Officer; MS. BOHANNON, Henrico County
Head Nurse; H. DAILY, Lieutenant, Henrico
County Jail, In charge of Henrico County Jail
Operations; MICHAEL WADE,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-00-29-2)

---

Submitted: September 24, 2002        Decided: October 8, 2002

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donald Cornelius Jackson, Appellant Pro Se. Geoffrey Martin Bohn,
CUNNINGHAM & ASSOCIATES, Arlington, Virginia; Richard Samuel Samet,
GOODMAN, ALLEN & FILETTI, Glen Allen, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Cornelius Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Jackson v. Farmer</u>, No. CA-00-29-2 (E.D. Va. Mar. 27, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2